**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 3, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD77073      Ali Cubba vs. State of Missouri
WD77390      Randy Fisher vs. State of Missouri
WD77413      Jerry Watson vs. Claycorp, Inc., Concrete Strategies, LLC and
             John Liss


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD76473      State of Missouri vs. Llkeesha Leann Graham
WD76905      State of Missouri vs. Ralondo D. Wheeler
WD77288      State of Missouri vs. Lee M. Collis